# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania
United States Courthouse
Independence Mall West
Philadelphia, Pennsylvania 19106-1744
215-597-3978  (fax ███████████)

Anita B. Brody
Judge

RECEIVED 2007 SEP 10 A 10: 24 FINANCIAL DISCLOSURE OFFICE

July 6, 2007

George D. Reynolds, Staff Counsel
Committee on Financial Disclosure
Administrative Office of the U.S. Courts
Suites 2-301
One Columbus Circle, N.E.
Washington, DC 20544

Dear Mr. Reynolds:

Enclosed please find my Financial Disclosure for year 2006.  Additionally, the following corrections will need to be made to my  Financial Disclosure for 2005:

- Asset reported in Part VII, page 7, line 62, for Summit Properties-common stock, should have been listed as sold in section D as follows:
  D(1) Sell        D(2) 3/4        D(3) K  D(4) D

- Asset reported in Part VII, page 7, line 65, for First USA Band-cd, should have been listed as sold in section D as follows:
  D(1) Sell        D(2) 7/5        D(3) K  D(4) blank

- Asset reported in Part VII, page 8, line 70, for Federal Home LN BK Bond, should have been listed as sold in section D as follows:
  D(1) Sell        D(2) 6/15        D(3) K  D(4) blank

Sincerely,



Anita B. Brody

/mo
enclosures

| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Brody, Anita B | 2. Court or Organization<br><br>United States District Court | 3. Date of Report<br><br>07/06/2007 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>Independence Mall West<br>Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1.   Member | Board of Visitors, Columbia Law School |
| 2.   Trustee | ▬▬▬Trust |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUL 11 A 11: 57 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B | 07/06/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Commonwealth of Pennsylvania-pension | $ 30,691 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | TIAA-CREFF Pension Distribution |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B | 07/06/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B | 07/06/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 | | | | | | | | | |
| 2. - Capital Southwest-common stock | B | Dividend | N | T | | | | | |
| 3. - Covanta Holding Corporation formerly Danielson Holding-cs | | None | M | T | Part Sale | 8/15 | K | E | |
| 4. - Dupont-common stock | B | Dividend | L | T | | | | | |
| 5. - NABORS-common stock | | None | M | T | | | | | |
| 6. - National Asset Bank-common stock | | None | J | W | | | | | |
| 7. - Royal Palm-common stock | | None | J | T | | | | | |
| 8. - Source Capital-common stock | C | Dividend | L | T | | | | | |
| 9. - Third Avenue Value Fund | G | Dividend | P1 | T | | | | | |
| 10. - Third Avenue Small Capital Fund-mutual fund | D | Dividend | M | T | | | | | |
| 11. - Third Avenue Real Estate Fund-mutual fund | E | Dividend | N | T | | | | | |
| 12. - Third Avenue Intl Value FD | E | Dividend | K | T | Buy | 8/21 | K | | |
| 13. - Butler County PA - Bond | B | Interest | K | T | | | | | |
| 14. Brokerage Account #2 | | | | | | | | | |
| 15. - Citicorp- common stock | A | Dividend | | | Sell | 6/26 | J | A | |
| 16. - Dean Witter Liquid Asset-mutual fund | C | Interest | L | T | | | | | |
| 17. - Dow Chemical - Common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B | 07/06/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.    - DPL - common stock | A | Dividend | K | T | | | | | |
| 19.    - General Dynamics- common stock | A | Dividend | J | T | | | | | |
| 20.    - Greenwood Trust -CD | | None | | | Sell | 10/30 | K | | |
| 21.    - McDonalds- common stock | A | Dividend | K | T | | | | | |
| 22.    - Pepsico- common stock | A | Dividend | J | T | | | | | |
| 23.    - Discover Bank - cd | A | Interest | K | T | Part Sale | 5/30 | K | | |
| 24.    - Amcore - cd | A | Interest | | | Sell | 8/9 | K | | |
| 25.    - Littlestown - Municipal Bond | B | Interest | K | T | | | | | |
| 26.    - Lancaster PA Area Sch Distrist Bond | B | Interest | K | T | | | | | |
| 27.    - Fed Home Loan Bk Bond | B | Interest | K | T | | | | | |
| 28.    - Franklin RSD | A | Interest | K | T | | | | | |
| 29.    - Providian National CD | A | Interest | | | Sell | 6/20 | J | | |
| 30.    Bank Accounts | | | | | | | | | |
| 31.    Wachovia - bank accounts | A | Interest | K | T | | | | | |
| 32.    Dime Savings-bank account | A | Interest | J | T | | | | | |
| 33.    IRA #1 | D | Dividend | N | T | | | | | |
| 34.    - Greenwood Trust-cd | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Brody, Anita B | 07/06/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Bristol Myers Squid- common stock | | | | | Sell | 10/11 | J | | |
| 36. - Capital One-cd | | | | | Sell | 4/24 | K | | |
| 37. - Dean Witter Liquid Asset-mutual fund | | | | | | | | | |
| 38. - FPL-common stock | | | | | Sell | 10/11 | K | D | |
| 39. - Keycorp-common stock | | | | | Sell | 10/11 | J | B | |
| 40. - McDonalds - common stock | | | | | Sell | 10/11 | K | D | |
| 41. - Limited Duration Fund (was tcw/dw N Am Gov Tr)-(mutfund) | | | | | | | | | |
| 42. - Equity Residential-common stock | | | | | Sell | 10/11 | K | E | |
| 43. - H & R Block - common stock | | | | | Sell | 10/11 | J | D | |
| 44. - Walt Disney- common stock | | | | | Sell | 10/11 | J | | |
| 45. - Lehman Brothers Bank FSB CD | | | | | Sell | 6/12 | K | | |
| 46. - Citgiroup Inc - common stock | | | | | Sell | 6/26 | K | | |
| 47. - Federal Home Loan Mtg Corp Med Term Note | | | | | | | | | |
| 48. - Midfurst Bank Oklahoma City CD | | | | | Buy | 4/26 | L | | |
| 49. IRA #2 | E | Dividend | O | T | | | | | |
| 50. - AIM Weingarten-mutual fund | | | | | Sell | 10/11 | K | | |
| 51. - AOL Time Warner | | | | | Sell | 10/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B | 07/06/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Citigroup-common stock | | | | | Sell | 6/26 | K | D | |
| 53. - Dean Witter Liquid Asset-mutual fund | | | | | | | | | |
| 54. - DPL | | | | | Sell | 10/11 | J | A | |
| 55. - Federal Realty Inv Trust- common stock | | | | | Sell | 10/11 | K | E | |
| 56. - Home Depot-common stock | | | | | Sell | 10/11 | J | | |
| 57. - IBM - common stock | | | | | Sell | 10/11 | K | | |
| 58. - Intel-common stock | | | | | Sell | 10/11 | K | E | |
| 59. - Johnson and Johnson - common stock | | | | | Sell | 10/16 | J | C | |
| 60. - Magna International-common stock | | | | | Sell | 10/11 | J | A | |
| 61. - Motorola-common stock | | | | | Sell | 10/11 | J | | |
| 62. - Public Service Enterprises-common stock | | | | | Sell | 10/11 | K | D | |
| 63. - Ameren(formerly Union Electric)-common stock | | | | | Sell | 10/11 | K | D | |
| 64. - US Treasury-bond | | | | | Sell | 5/11 | K | | |
| 65. - UTD Dominion Realty Trust-common stock | | | | | Sell | 10/11 | K | E | |
| 66. - Discover Bank - cd- | | | | | Sell | 10/30 | K | | |
| 67. - International Lease Finance Corp Bond | | | | | Sell | 11/15 | K | | |
| 68. - 1st Signature Co | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B | 07/06/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - MBIA | | | | | Sell | 10/11 | J | B | |
| 70. - Anheuser Bush Cos Inc | | | | | Sell | 10/11 | J | | |
| 71. - Freescale Semiconductor (X) | | | | | Sell | 10/11 | J | A | |
| 72. - Citigroup Inc Bond | | | | | Sell | 6/26 | K | | |
| 73. - Washington Mutual Bank CD | | | | | Buy | 5/15 | L | | |
| 74. TIAA-CREF-retirement(s) | | | P1 | T | | | | | |
| 75. TIAA Retirement | | | L | T | | | | | |
| 76. Manulife (formerly John Hancock Life) | A | Interest | K | T | | | | | |
| 77. Japan Fund - mutual fund | A | Dividend | K | T | | | | | |
| 78. ▓▓▓Trust #1 | F | Dividend | O | T | | | | | |
| 79. - Reserve Fund Primary Portfolio | | | | | | | | | |
| 80. - Third Avenue Small Cap Value Fund | | | | | | | | | |
| 81. - Third Avenue Real Estate Value Fund | | | | | | | | | |
| 82. - Third Avenue Intl Value Fund | | | | | | | | | |
| 83. - Third Avenue Value Fund Inc | | | | | | | | | |
| 84. ▓▓▓Trust #2 | D | Dividend | M | T | | | | | |
| 85. - Vanguard Federal Money Market Fund | | | | | Part Sale | 1/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B | 07/06/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Part Sale | 2/15 | J | | |
| 87. | | | | | Part Sale | 3/15 | J | | |
| 88. | | | | | Part Sale | 4/13 | J | | |
| 89. | | | | | Part Sale | 12/5 | K | | |
| 90. - Vanguard Short Term Federal Admiral Shares | | | | | Part Ssle | 1/13 | J | | |
| 91. | | | | | Part Sale | 2/15 | J | | |
| 92. | | | | | Part Sale | 3/15 | J | | |
| 93. | | | | | Part Sale | 4/13 | J | | |
| 94. | | | | | Part Sale | 4/19 | M | | |
| 95. - Emerging Markets Stock Index Investor Shares | | | | | Buy | 4/19 | J | | |
| 96. | | | | | Buy | 12/5 | K | | |
| 97. - Mid-Cap Index Fund Investor Shares | | | | | Buy | 4/19 | L | | |
| 98. - Total International Stock Index Fund | | | | | Buy | 4/19 | L | | |
| 99. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brody, Anita B | 07/06/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Assets reported in Part VII, page 8, lines 74 and 75, for "TIAA-CREFF-retirement(s)" and "TIAA Retirement," are my ▮▮▮▮ retirement funds for which ▮▮▮ has no control of its investments and is not provided with any information on the earnings from those accounts. ▮▮ is only provided with an account value which is reported.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date____ 7/6/07 ____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544